[No. 10,653.—In Bank.]

## EX PARTE THOMAS DESMOND.

RECEIVER—INSOLVENCY.

APPLICATION for writ of *habeas corpus*.

The petitioner was held in custody under a commitment for contempt, for disobedience of an order of the Superior Court of the City and County of San Francisco, requiring him to turn over to a Receiver in an insolvency case certain property of the insolvent held by him as Sheriff under attachments.

No briefs on file.

The COURT:

On the authority of *Von Roun et al.* v. *The Superior Court of San Francisco,* 58 Cal. 358, the petitioner is remanded.